U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Nov 18 - 2026
John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re Application of Lawrence Warner for Issuance of a Subpoena under 17 U.S.C. § 512(h)

Miscellaneous Case No.: 1:26-mc-40 (DJS) (to be assigned)

# APPLICATION FOR ISSUANCE OF SUBPOENA UNDER 17 U.S.C. § 512(h)

Applicant Lawrence Warner, proceeding without counsel, respectfully applies for issuance of a subpoena directed to the appropriate Amazon entity holding identifying information regarding his unauthorized book, The Universal Warrior.

## I. Copyright ownership and rights

1. The U.S. Copyright Office issued Registration No. TXu 2-469-223 for The Universal Warrior, effective January 23, 2025, identifying Lawrence Warner as both author and copyright claimant of the text. A copy of the registration certificate appears as Exhibit 1.

2. Applicant also commissioned the illustrated graphic-novel adaptation. The executed October 2025 agreement with Prayan Animation Studio Pvt Ltd states in Section 2 that the Author retains rights in the story, characters, and illustrations and that the commissioned work is the Author's exclusive property. Pertinent contract pages, including its signature page, appear as Exhibit 2. The legal effect of those terms is subject to applicable copyright law.

3. Applicant submitted a further copyright application concerning The Universal Warrior, Case No. 1-15233589784, opened August 7, 2026. The available case screenshot reflects a pending claim and a paid fee. See Exhibit 3.

4. Applicant's book cover identifies Lawrence Warner as author; his back cover identifies his own ISBN 9798992737134. The distinctive inner pages represent paired literary text coinciding illustrated pages showing the content and format of the work. See Exhibits 4 and 5.

## II. Identification of allegedly infringing material

5. An Amazon India listing for The Universal Warrior identifies the author as "A. Frank" and displays cover art matching Applicant's cover except for the real author name. The listing identifies ISBN 9798165874505, ASIN B0HPH8K22W, and a publication date of October 27, 2026. The attached screenshots also show paperback and Kindle offers. Applicant states he did not authorize this publication. See Exhibit 6.

6. Applicant has identified and reported URLs on other Amazon national marketplaces for the same ASIN, listed in Exhibit 7. Those URLs are supplied as leads for the same ASIN, not as proof that each national listing is presently active, or that the account originated in any particular country. The assumption is there is more.

## III. Statutory request

7. Applicant seeks a subpoena limited to information sufficient to identify the alleged infringer within the scope of 17 U.S.C. § 512(h), including legal name, business/account name, physical or mailing address, telephone number, email address, and name of the bank and account holder or payment beneficiary only to the extent necessary to identify the alleged infringer and permitted under § 512(h). Applicant also requests, only insofar as lawfully available under § 512(h), identifying IP-address and approximate geographic-origin information associated with the initial upload or relevant account activity. See Attachment A to the proposed AO 88B.

8. Applicant transmitted three copyright infringement notification to Amazon over three days. Attached email is the third dated November 17, 2026, addressed to copyright@amazon.com and grievance-officer@amazon.in. A copy showing the email header and contents is included as Exhibit 8. Applicant submits that previously transmitted notice for consideration under § 512(h)(2)(A), subject to the Court's determination of statutory sufficiency. The accompanying sworn declaration limits use of information obtained to protection of rights under Title 17. Applicant understands that the Court or Clerk may determine that § 512(h) does not apply to the relevant Amazon activity or that some requested information exceeds the statute's scope.

9. Applicant requests that the Clerk issue the accompanying proposed AO 88B if statutory requirements are met. The correct subpoenaed legal entity, registered agent, place of compliance, and applicable service requirements must be confirmed before service.

Respectfully submitted,

______________________________ Date: _11/18/2026_________________

Lawrence Warner pro se
9 Newport Drive, Schenectady, NY 12309
(518) 701-9110 | nuguy12211@outlook.com

**COPYRIGHT INFRINGEMENT NOTIFICATION**
**17 U.S.C. § 512(c)(3)(A)**

**To:** Amazon.com Legal Department, Copyright Agent, P.O. Box 81226, Seattle, WA 98108, United States, Telephone: (206) 266-4064, Email: copyright@amazon.com

**From:** Lawrence Warner, 9 Newport Drive, Schenectady, NY 12309, United States, Telephone: (518) 701-9110, Email: nuguy12211@outlook.com

**Copyrighted Work**
*The Universal Warrior*, authored and created by Lawrence Warner. The original literary work is registered with the United States Copyright Office under Registration No. TXu 2-469-223, effective January 23, 2025. A separate copyright registration application for the illustrated graphic-novel edition, Case No. 1-15233589784, remains pending. Supporting ownership documentation is provided in Exhibits 1–5.

**Identification and Location of Allegedly Infringing Material**
An unauthorized copy of *The Universal Warrior* is being offered under the author name “A. Frank,” identified by:

- **ASIN:** B0HPH8K22W
- **ISBN:** 9798165874505
- **Amazon India:** https://www.amazon.in/dp/B0HPH8K22W

Additional Amazon marketplace URLs associated with this ASIN are identified in Exhibit 7. The request concerns those listings only insofar as they offer the same unauthorized copy.

**Request for Removal**
I respectfully request that Amazon investigate and remove and disable access to the infringing copy of *The Universal Warrior* across all Amazon marketplaces worldwide wherever the unauthorized copy is offered, including additional listings Amazon may identify. I request that Amazon deactivate the disputed publication's use of ISBN 9798165874505 and ASIN B0HPH8K22W within its publishing and distribution systems.

**Good-Faith Statement**
I have a good-faith that the use of the copyrighted material described above is not authorized by me, my agent, or the law.

**Statement of Accuracy and Authority**
I state under penalty of perjury that the information contained in this notification is accurate and that I am the copyright owner of the literary work identified above and claim ownership of the rights in the illustrated edition described in this notification.

**Signature:** ______________________________

Lawrence Warner
**Date:** _11/18/2026_________________

**DECLARATION UNDER 17 U.S.C. § 512(h)(2)(C)**

I, Lawrence Warner, declare under penalty of perjury as follows:

1. I am the author and registered copyright claimant of the literary text The Universal Warrior, U.S. Copyright Registration TXu 2-469-223, and the commissioning author under the Prayan Animation agreement.

2. I seek the proposed subpoena to obtain information sufficient to identify the person or entity allegedly responsible for the unauthorized publication of The Universal Warrior under the name "A. Frank," ISBN 9798165874505, ASIN B0HPH8K22W.

3. I will use information obtained under this subpoena only for the purpose of protecting my rights under Title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _November 18, 2026_____ at _Schenectady, New York___________.

Signature: ________________________________
Lawrence Warner

## ATTACHMENT A TO PROPOSED FORM AO 88B
## IDENTIFYING INFORMATION REQUESTED

This attachment is part of the PROPOSED subpoena only; it is not a subpoena unless and until issued by the Clerk and properly served.

For the Amazon account or author/publisher responsible for submitting or publishing The Universal Warrior attributed to "A. Frank," ISBN 9798165874505, ASIN B0HPH8K22W, produce, to the extent maintained and lawfully obtainable under 17 U.S.C. § 512(h):

1. Full legal name and business or entity name associated with the submission or publishing account.

2. Physical or mailing address associated with that person or entity.

3. Email address and telephone number associated with that person or entity.

4. Name of the bank and account holder or payment beneficiary only to the extent necessary to identify the alleged infringer and permitted under § 512(h).

5. To the extent it constitutes identifying information obtainable under § 512(h), the IP address associated with the initial upload and the associated country or approximate geographic location, with the upload date and time; and comparable limited account-login identifying information only insofar as necessary to identify the alleged infringer.

No request is made here for sales totals, royalty amounts, advertising expenditure, or general transaction history. Detailed logs and technical records may require separate legal process. Compliance date and place are governed by the issued AO 88B; electronic delivery may be agreed with the recipient.

## EXHIBIT INDEX — OWNERSHIP FIRST, THEN AMAZON EVIDENCE

Exhibit 1 — U.S. Copyright Office certificate, TXu 2-469-223 (registered text).

Exhibit 2 — Prayan Animation executed agreement: pages 1–2 (ownership provisions), page 6 (signature page).

Exhibit 3 — U.S. Copyright Office application status screenshot, Case 1-15233589784.

Exhibit 4 — Applicant's front and back covers (author credit and own ISBN).

Exhibit 5 — Applicant's paired literary page 48 and illustrated page 49.

Exhibit 6 — Amazon India listing screenshots: A. Frank cover; offered formats/price; ISBN and publication date; ASIN and other metadata.

Exhibit 7 — Amazon marketplace URL index, with verified screenshots distinguished from unverified national URLs.

Exhibit 8 — November 17, 2026 copyright infringement email to Amazon (four-page Outlook printout, including recipient and timestamp).

# EXHIBIT 1 — U.S. COPYRIGHT REGISTRATION

## Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

Registration Number
**TXu 2-469-223**

**Effective Date of Registration:**
January 23, 2025

**Registration Decision Date:**
February 13, 2025

### Title

**Title of Work:** The Universal Warrior

### Completion/Publication

**Year of Completion:** 2025

### Author

- **Author:** Lawrence William Warner
  **Author Created:** text
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1970

### Copyright Claimant

**Copyright Claimant:** Lawrence William Warner
9 Newport Dr, Schenectady, NY, 12309, United States

### Rights and Permissions

**Name:** Lawrence William Warner
**Email:** warners20@aol.com

### Certification

**Name:** Lawrence Warner
**Date:** January 23, 2025

Page 1 of 1

# EXHIBIT 2 — PRAYAN ANIMATION AGREEMENT (SELECTED PAGES)

Docusign Envelope ID: 5C127F02-8084-4CE2-A3B4-EACED47325B9

## Author / Illustrator Agreement

This Author/Illustrator Agreement (the "**Agreement**") is entered into as of the date of the last signature below, by and between:

**Author: Lawrence Warner,** 9 Newport Drive, Schenectady, NY 12309, United States **("Author")**

And

**Illustrator: Prayan Animation Studio Pvt Ltd,** E-12, Basement Floor, Thejaswini, Technopark, Trivandrum, 695 581, Kerala, India **("Illustrator"),** represented by **Remesh Ram**, Managing Director.

The Author and Illustrator may be referred to collectively as the **"Parties."**

**1. Purpose:** The Author is hiring the Illustrator to provide original illustrations and related creative services for the Author's graphic novel The Universal Warrior. The Illustrator agrees to provide these services in accordance with the terms of this Agreement.

**2. Ownership & Rights:**

a. All illustrations, designs, formatting, and related work created under this Agreement are "works made for hire" and are the exclusive property of the Author.

b. This ownership includes all samples, drafts, preliminary sketches, concepts, designs, and illustrations created in any stage of the process, whether complete or incomplete, approved or unapproved.

c. The Author retains all copyrights and intellectual property rights in the story, characters, and illustrations.

d. The Illustrator may display artwork created for this project only within a private portfolio upon prior written consent of the Author.

e. The Illustrator may use artwork created for this project for product demonstration or promotional purposes only upon prior written consent of the Author.

Signature: Signed by: 1C3F464D12A64BF...
Name: Lawrence Warner

Signature: DocuSigned by: BBB0AD307F4846B...
Name: Remesh Ram

## EXHIBIT 2 (CONT.) — CONTRACT PAGE 2

Docusign Envelope ID: 5C127F02-8084-4CE2-A3B4-EACED47325B9

f. The Illustrator may not reproduce, sell, publish, or create any additional works related to The Universal Warrior without prior written consent of the Author.

g. The Author has the right to use the Illustrator(s) by name on material that represents The Universal Warrior at no financial compensation to the Illustrator(s).

**3. Confidentiality:** All information provided by the Author, including story details, characters, sketches, and designs, shall be treated as confidential information. The Illustrator shall not disclose or use such information outside of this project. This obligation survives termination of the Agreement.

**4. Services & Timeline:** The Illustrator agrees to complete the following services for The Universal Warrior under the direction and approval of the Author:

**Scope of Work**

57 single-page illustrations (color, final artwork).

One (1) front cover illustration and one (1) back or inner cover illustration.

Final book size: 6.69" × 9.61".

**Text and Illustration Format**

Each left-hand page will contain the written literature provided by the Author.

Each right-hand page will feature illustrations created by the Illustrator.

Illustrations may include between 1–6 panels per page, depending on story flow, determined in collaboration with the Author.

The number of illustrated panels will not necessarily correspond to the number of written panels.

Signature: Signed by: 1C3F464D12A64BF...
Name: Lawrence Warner

Signature: DocuSigned by: BBB0AD307F4846B...
Name: Remesh Ram

# EXHIBIT 2 (CONT.) — CONTRACT PAGE 6

Docusign Envelope ID: 5C127F02-8084-4CE2-A3B4-EACED47325B9

**8. Entire Agreement**
This Agreement represents the complete understanding between the Parties and supersedes all prior agreements or representations. Any changes must be in writing and signed by both Parties.

**9. Signatures**
Each page of this Agreement shall be initialed by both Parties. The full execution signatures appear in bottom corner.

Signed by:
Author:
Signature: ________________
1C3F464D12A64BF...
Name: Lawrence Warner
Date: 10/17/2025

DocuSigned by:
Illustrator:
Signature: ________________
BBB0AD307F4846B...
Name: Remesh Ram
Title: Managing Director
Prayan Animation Studio Pvt Ltd
Date: 10/20/2025

# EXHIBIT 3 — PENDING COPYRIGHT APPLICATION



Copyright
United States Copyright Office

COPYRIGHT HOME

Home | | My Profile | Help | Contact Us | Log Out |

<< Back

Case Summary:

| | | | | | |
|---|---|---|---|---|---|
| Case #: | 1-15233589784 | Type of Case: | Literary Work | Opened: | 8/7/2026 |
| Title: | The Universal Warrior | | | Contact Name: | Lawrence Warner |
| Fee Due: | 65.00 | Service Fee Paid: | 65.00 | Claim Status: | Pending |

**Submit Your Work(s)**

To complete your submission, please submit the required copy(ies) of your work. You may (1) upload electronic files if the work meets the requirements; otherwise, you must (2) send the work by mail (do not do both).

(1) Upload your work(s): Please perform the following steps for the case(s) in the table below.
Step 1: Click the "Select files to upload" button. Using your computer's browser, select your files for the corresponding work then click the "Start upload" button.
Step 2: After uploading all files for this work, click the corresponding "Complete Your Submission" button. Files cannot be uploaded later than 5 days after your first file is received.

Please note: Files cannot be returned or deleted once uploaded. To avoid delays and/or a later effective date of registration, please verify the following before uploading a copy of your work(s):

- It is a category of work that may be uploaded
- It is an acceptable file type
- It is an acceptable file size

If you have a large number of files, please consider compressing them in a Zip file for upload. If you do use a Zip file, please ensure it is smaller than the 500MB file size limit for uploads.

**Upload Your Work(s)**

1 - 1 of 1

| Case Details | Step 1: Select & Upload Files | Step 2: Complete Your Submission |
|---|---|---|
| Case #: 1-15233589784 | | |

**EXHIBIT 4 — ORIGINAL FRONT COVER**



**EXHIBIT 4 (CONT.) — ORIGINAL BACK COVER**

# *The Universal Warrior – Book 1*

In the vast, unforgiving expanse of the Saudi Arabian desert, Jason, a young American oil rig worker of Arabian descent, is caught in a brutal sandstorm while performing routine checks on an isolated rig. As the storm intensifies, his fight for survival takes an unexpected turn when he encounters a mysterious woman. Together, they seek refuge in a hidden cave, where they uncover ancient symbols and relics that hint at a forgotten past buried beneath the sands.

As the relics ignite extraordinary abilities within them, they are thrust into a web of mystery where science and the supernatural collide. But their discovery doesn't go unnoticed. Galaxies away, a relentless warrior who has hunted this lost technology for millennia has awakened and now seeks them out.

The race to unravel mystical secrets and harness unimaginable power has begun.

*The Universal Warrior* is an epic series that delivers a gripping blend of action, suspense, and science fiction, propelling readers into an extraordinary world of adventure and unforgettable characters.

**Book 1** is uniquely presented in a dynamic graphic novel hybrid format, pairing literary storytelling with full-page comic-panel illustrations.

$14.99
ISBN 979-8-9927371-3-4
51499>
9 798992 737134

# EXHIBIT 5 — REPRESENTATIVE LITERARY / ILLUSTRATED SPREAD

## THE UNIVERSAL WARRIOR

Original literary page 48 and corresponding illustrated page 49

They stood without speaking, both fully aware they had crossed into something far beyond ordinary.

Jason swept the flashlight slowly over the far wall, following each image. The walls seemed to almost breathe. Each stroke of color led to another fragment of a world lost to time.

Then the beam found them.

Two human-sized statues stood frozen mid-gesture in the far corner. Mute and entirely unexpected. In the wavering glow of the flashlight, they looked almost alive.

Jazine's scream split the silence. "*Yiiiikes!*"

Jason clutched his ear. "Wow. Serious lungs. Still ringing."

Jazine pressed her hand to her chest, half-laughing. They stepped closer.

The figures were humanoid but unmistakably other. Their features were precise: slightly enlarged almond-shaped eyes, narrow cheekbones, ears that tapered to a fine point, lips small and delicate. The male stood well over six feet, muscular and commanding, with close-cropped hair. The female was smaller, her carved hair flowing to her waist. Their hands were joined, fingers intertwined, sealed in an embrace that had outlasted whatever centuries had passed over them.

"This is extraordinary," Jason said. "I can't believe what we just found."

"How long do you think they've been here?" Jazine whispered.

48




Source: supplied book PDF | Reproduced without alteration | Lawrence Warner

**EXHIBIT 6 — AMAZON INDIA LISTING: ATTRIBUTION / COVER**



**EXHIBIT 6 (CONT.) — AMAZON INDIA OFFER**

8:05 96

Format: **Paperback**

**Kindle Edition**
₹0[00]
kindleunlimited
or ₹475.00 to buy

**Paperback**
₹3,261[00]

See all formats

-17% ₹3,261

M.R.P.: ~~₹3,946~~

**EMI** from ₹115. No Cost EMI available. EMI options
Inclusive of all taxes

Buy for **₹3,261** + cashback
Amazon Pay ICICI Bank Credit Card ₹97

Buy 3 o
on Qua
Carzy fr

**See all offers & discounts**

FREE delivery **Tuesday, 8 December**. Order within 10 hrs 24 mins. Details

Delivering to Mumbai 400001 - Update location

Add to cart

Buy Now

**EXHIBIT 6 (CONT.) — ISBN / PUBLICATION DATE**

8:05 96

**Details** Explore Reviews

### Shop with confidence

Free Delivery
10 days Replacement
Secure transaction

### Other sellers on Amazon

Lowest price: New
₹2,863.00
**FREE Delivery.**
Compare all 5 options

## Book details

| imensions | Publication date | ISBN-13 |
|---|---|---|
| **.24 x 0.79 x 22.86 cm** | **27 October 2026** | **979-8165874505** |

See all details

### Book overview

**BURIED FOR CENTURIES. AWAKENED BY CHANCE.**

A routine inspection in the Saudi Arabian desert becomes a fight for survival when a violent sandstorm forces oil-rig engineer Jason and a mysterious young woman named Jazine into a hidden cave.

Inside, ancient paintings tell an impossible story. Two silent figures guard a forgotten chamber. And a pair of golden bracelets binds itself to

**EXHIBIT 6 (CONT.) — ASIN / PRODUCT DETAILS**

8:06 96

Details Explore Reviews

## Product information

| | |
|---|---|
| **ASIN** | B0HPH8K22W |
| **Publisher** | Independently Published |
| **Publication date** | 27 October 2026 |
| **Language** | English |
| **Print length** | 128 pages |
| **ISBN-13** | 979-8165874505 |
| **Reading age** | 5 years and up |
| **Item Weight** | 245 g |
| **Dimensions** | 15.24 x 0.79 x 22.86 cm |
| **Packer** | Independently Published |
| **Generic Name** | Book |

Nameless
**THE ANGEL AND THE**



## EXHIBIT 7 — AMAZON MARKETPLACE URL INDEX

Documented example: Amazon India, https://www.amazon.in/dp/B0HPH8K22W (screenshots in Exhibit 6).

Additional Amazon marketplace URLs reported and identified for this ASIN, without attached verification of present availability:

| | |
|---|---|
| United States: | https://www.amazon.com/dp/B0HPH8K22W |
| United Kingdom: | https://www.amazon.co.uk/dp/B0HPH8K22W |
| Germany: | https://www.amazon.de/dp/B0HPH8K22W |
| Australia | https://www.amazon.com.au/dp/B0HPH8K22W |
| Belgium | https://www.amazon.com.be/dp/B0HPH8K22W |
| Brazil | https://www.amazon.com.br/dp/B0HPH8K22W |
| Canada | https://www.amazon.ca/dp/B0HPH8K22W |
| Egypt | https://www.amazon.eg/dp/B0HPH8K22W |
| France | https://www.amazon.fr/dp/B0HPH8K22W |
| Ireland | https://www.amazon.ie/dp/B0HPH8K22W |
| Italy | https://www.amazon.it/dp/B0HPH8K22W |
| Japan | https://www.amazon.co.jp/dp/B0HPH8K22W |
| Mexico | https://www.amazon.com.mx/dp/B0HPH8K22W |
| Netherlands | https://www.amazon.nl/dp/B0HPH8K22W |
| Poland | https://www.amazon.pl/dp/B0HPH8K22W |
| Saudi Arabia | https://www.amazon.sa/dp/B0HPH8K22W |
| Singapore | https://www.amazon.sg/dp/B0HPH8K22W |
| South Africa | https://www.amazon.co.za/dp/B0HPH8K22W |
| Spain | https://www.amazon.es/dp/B0HPH8K22W |
| Sweden | https://www.amazon.se/dp/B0HPH8K22W |
| United Arab Emirates | https://www.amazon.ae/dp/B0HPH8K22W |

These are marketplace leads, not evidence that the book was uploaded in those countries or that each listing remains active. Additional country listings may be supplemented upon verification. An Amazon India storefront displaying “Delivering to Mumbai” is a delivery-location setting, not evidence of uploader origin.

Evidence preservation note: The applicant should retain original dated screenshots, URLs, original image files, transmitted DMCA notices, and any Amazon responses. A separate preservation request can ask Amazon to preserve relevant publisher account, upload, IP, and login records pending lawful process.

# EXHIBIT 8 — COPYRIGHT INFRINGEMENT NOTICE EMAILED TO AMAZON

Email dated November 17, 2026, 2:40 PM, addressed to copyright@amazon.com and grievance-officer@amazon.in. Reproduced as provided; visible email header establishes the displayed sent-message record, not confirmed receipt.



Outlook

**THIRD FORMAL NOTICE – Worldwide Copyright Infringement, Amazon KDP ISBN 9798165874505, and Evidence Preservation**

**From** NY Guy <nyguy12211@outlook.com>
**Date** Tue 11/17/2026 2:40 PM
**To** copyright@amazon.com <copyright@amazon.com>; grievance-officer@amazon.in <grievance-officer@amazon.in>

Dear Amazon Copyright, Legal, and Kindle Direct Publishing Departments,

My name is Lawrence W. Warner, the original author, creator, and copyright owner of *The Universal Warrior*.

This is my third formal notification regarding the unauthorized publication and international distribution of my copyrighted work under the author name **A. Frank**. The edition being sold reproduces my completed book in its entirety, including my original writing, formatting, front cover, and illustrations produced by Prayan Animation. I have never authorized this individual or any associated party to publish, distribute, or sell my work.

I have identified Amazon product listings associated with this unauthorized edition in the United States, India, United Kingdom, and Germany. The same edition has also appeared through retailers in Poland, Italy, Sweden, and other markets. I believe additional unauthorized listings may exist in countries I have not yet identified.

**Bowker informed me that ISBN 9798165874505 was assigned through Amazon Kindle Direct Publishing (KDP).** Amazon may therefore possess records identifying the account responsible for publishing and distributing my work without authorization.

**Copyright Ownership and Publication History**

- **Author and Copyright Owner:** Lawrence W. Warner
- **Original Work:** *The Universal Warrior*
- **U.S. Copyright Registration:** TXu 2-469-223
- **Effective Registration Date:** January 23, 2025
- **Registration Decision Date:** February 13, 2025
- **Original Paperback ISBN:** 979-8-9927371-1-0
- **Original eBook ISBN:** 979-8-9927371-0-3
- **Illustrated Graphic Novel Copyright Application:** 1-15233589784
- **Application Date:** August 7, 2026

## EXHIBIT 8 (CONT.) — EMAIL PAGE 2 OF 4



- **Application Status:** Pending
- **Illustrator:** Prayan Animation Studio

My original literary work was registered with the United States Copyright Office before its development into a full-color hybrid graphic novel. Both the original registration and the illustrated edition's copyright application predate the unauthorized publication.

**Unauthorized Publication Information**

- **Title:** *The Universal Warrior*
- **Listed Author:** A. Frank
- **Unauthorized ISBN:** 9798165874505
- **Amazon ASIN:** B0HPH8K22W
- **Listed Publication Date:** October 27, 2026
- **Reported ISBN Source:** Amazon KDP, as identified to me by Bowker

**Previously Identified Amazon Listings**

- United States: https://www.amazon.com/dp/B0HPH8K22W
- India: https://www.amazon.in/dp/B0HPH8K22W
- United Kingdom: https://www.amazon.co.uk/dp/B0HPH8K22W
- Germany: https://www.amazon.de/dp/B0HPH8K22W

**Formal Requests**

I respectfully request that Amazon take the following actions:

**1. Worldwide Removal**

Investigate every Amazon marketplace worldwide, including countries not yet identified, and remove or disable access to all unauthorized editions of *The Universal Warrior* attributed to A. Frank, including associated ISBNs, ASINs, formats, and third-party seller listings. Please confirm in writing of the removal and status of each affected marketplace.

**2. KDP Account and ISBN Investigation**

Identify and investigate the KDP account responsible for publishing the unauthorized edition and obtaining ISBN 9798165874505. Determine the account holder's identity, submission history, and distribution arrangements.

I request that Amazon revoke or deactivate the ISBN's use for this unauthorized publication to the extent permitted by applicable ISBN procedures, prevent further distribution through Amazon-controlled services, and identify the responsible publisher or account holder to the extent legally permissible.

**3. Preservation of Evidence**

## EXHIBIT 8 (CONT.) — EMAIL PAGE 3 OF 4



Preserve all potentially relevant records in Amazon's possession, custody, or control, including:

- KDP and seller account registration, identity-verification records, login histories, and available IP addresses, banking.
- Original uploaded manuscripts, cover artwork, publication files, revisions, timestamps, and metadata.
- ISBN and ASIN assignment records, publication histories, and distribution arrangements.
- Internal and external communications concerning the publication and associated accounts.
- Sales, royalties, payment transactions, and available banking and tax records.
- Other publishing/books, complaints, investigations, account actions, listing modifications, and removal histories.

Please preserve these records in their original electronic form, including associated metadata, and suspend routine deletion.

**This preservation request remains applicable even if the listings are removed, the ISBN's use is deactivated, or the publishing account is suspended or terminated.**

**4. International Coordination and Written Confirmation**

Please forward this notice to the appropriate Amazon KDP, copyright, legal, and international marketplace departments.

I request written acknowledgment, a case reference number, confirmation of worldwide removal actions, the results of who A Frank is and the KDP ISBN investigation to the extent disclosable, and confirmation that relevant evidence has been preserved.

**Independent Investigation**

I am currently in discussions with a professional digital forensic investigation firm regarding an independent investigation into the unauthorized publication and distribution of my copyrighted work. The preserved records may be necessary to identify the responsible party and support subsequent legal proceedings.

Please advise me of the appropriate procedure through which an authorized investigator or legal representative may request access to relevant records.

**Declaration of Copyright Ownership**

I have a good-faith belief that the use of my copyrighted material described above is not authorized by me, my agent, or the law.

I declare, under penalty of perjury, that the information contained in this notification is accurate and that I am the copyright owner of the work at issue.

I can provide my U.S. copyright registration, pending copyright application confirmation, original manuscripts, dated production materials, artwork documentation, and correspondence with Bowker.

## EXHIBIT 8 (CONT.) — EMAIL PAGE 4 OF 4



Thank you for your attention. I respectfully request a written response concerning the actions being taken to address this matter.

Sincerely,

**Lawrence W. Warner**
Author, Creator, and Copyright Owner
*The Universal Warrior*
Niskayuna, New York, USA
Website: TheUniversalWarrior.com
Instagram: @theuniversalwarrior

**Contact Information:**
Mailing Address: 9 Newport Drive, Niskayuna, NY 12309
Email: nyguy12211@outlook.com